UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BOOKER WILSON,

                              Plaintiff,
                                                      9:11-CV-1088

            -v-


DONALD DEPOLO, Woodbourne Correctional
Facility,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

Booker Wilson, Pro Se
03-A-4856
Livingston Correctional Facility
P.O. Box 91
Sonyea, NY 14556


HON. ERIC T. SCHNEIDERMAN          JAMES SEAMAN, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

### DECISION and ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On March 21, 2012, the

Honorable Andrew T. Baxter, United States Magistrate Judge, advised, by Report-

Recommendation, that defendant's motion to dismiss be granted and plaintiff's complaint be

dismissed in its entirety.  No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1.  Defendant's motion to dismiss is GRANTED; and

2.  Plaintiff's complaint is DISMISSED with prejudice.

The Clerk is directed to file a judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 19, 2012
        Utica, New York.